# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

AMY MARSHALL PUCKETT,

    Petitioner,

v.                                                CASE NO. 4:08cv170-RH/WCS

WARDEN PAID AUGUSTINE,

    Respondent.

_____/

## ORDER DENYING PETITION

The petitioner Amy Marshall Puckett pled guilty in the Western District of North Carolina to the offense of conspiring to possess controlled substances with the intent to distribute them. The court sentenced Ms. Puckett to 48 months in the Bureau of Prisons. By her amended petition for a writ of habeas corpus, she challenges the Bureau's refusal to reduce her sentence based on her successful completion of the Bureau's residential drug-abuse program. The Bureau may reduce a sentence by as much as a year for successful completion of the drug-abuse program, but only for a prisoner "convicted of a nonviolent offense." 18 U.S.C. § 3621(e)(2)(B).

Ms. Puckett filed her petition in this district—the Northern District of

Florida—because she was in custody here when she filed the petition. The case is before the court on the magistrate judge's report and recommendation. *See* ECF No. 22. No objections have been filed.

The Bureau's policy is to deny a sentence reduction for a defendant whose offense level under the United States Sentencing Guidelines was increased for possession of a firearm. It is settled that the policy is valid, at least as applied to a defendant who actually possessed a firearm.

The report and recommendation concludes that the policy also is valid as applied to a defendant whose offense level was increased based only on a *codefendant's* possession of a firearm. But that issue need not be reached in this case. The presentence report indicates that as part of the conspiracy, Ms. Puckett herself ran guns, driving a vehicle from North Carolina with nine guns bound for Mexico. *See* PSR ¶ 19, ECF No. 25-1. Law enforcement officers stopped her and found the guns in Texas. *Id.* The sentencing judge adopted the presentence report without change. *See* Statement of Reasons § I.A, ECF No. 25-2. Because Ms. Puckett personally possessed guns in connection with the offense of conviction, the Bureau validly denied a sentence reduction.

Accordingly,

IT IS ORDERED:

The amended petition for a writ of habeas corpus is denied with prejudice.

The clerk must enter judgment and close the file.

    SO ORDERED on June 28, 2010.

                                      s/Robert L. Hinkle
                                      United States District Judge